IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABBEY PEACH, LAUREN BOYER, SABINA ANDERSON, PAUL PRESTARRI, COLE HOWARD, GAUBRIELLE BROWN, ISAAC HOPKINS, ASHLEY LUTZ, SHARNESE WILLIS, BETHANY BAUMANN, and HALEY DEAN, On Behalf of Themselves and All Others Similarly Situated, | CLASS AND COLLECTIVE ACTION CASE NO. 3:24-CV-00792 |
| *Plaintiffs*, | JUDGE TRAUGER |
| v. | JURY DEMAND |
| BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC, | |
| *Defendants*. | |

**PLAINTIFFS' UNOPPPOSED MOTION
FOR RULE 23 CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, FOR
PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, AND FOR
APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**

Named Plaintiffs and proposed Class Representatives, Abbey Peach, Lauren Boyer, Sabina Anderson, Paul Prestarri, Cole Howard, Gaubrielle Brown, Isaac Hopkins, Ashley Lutz, Sharnese Willis, Bethany Baumann, and Haley Dean (collectively, "Plaintiffs") ("Named Plaintiffs") and Bluegrass Hospitality Group, LLC and Bluegrass Hospitality Management, LLC ("Defendants") have entered into a written settlement agreement (attached as Exhibit 1) (the "Settlement") that resolves the pending state law claims (under Kentucky, Indiana, Illinois, and Missouri state law) on a Rule 23 class basis and federal claims under the Fair Labor Standards Act ("FLSA") on a collective basis, subject to this Court's approval. Named Plaintiffs now move this Court for an Order approving the collective FLSA settlement, granting Rule 23 class certification for settlement

purposes, and preliminarily approving the parties' proposed Rule 23 class settlement. Specifically, Named Plaintiffs seek an order granting the following relief:

<u>First</u>, Named Plaintiffs move for approval of the resolution of their FLSA claims as a fair and reasonable settlement of *bona fide* disputes under the FLSA, in accordance with 29 U.S.C. § 216(b).

<u>Second</u>, Named Plaintiffs move for certification, for settlement purposes only, of settlement classes pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) of four settlement classes (collectively, the "Rule 23 Classes"). The settlement classes consist of current and former employees of Defendants who worked in tip credit eligible positions and who earned less than the applicable federal and state minimum wage rates per hour and received customer tips (herein referred to as "Servers") at Defendants' restaurants in Tennessee, Kentucky, Missouri, Illinois, Indiana, North Carolina, and Alabama. Specifically, the Rule 23 Classes include the following individuals:

> All current and former workers in tip credit eligible positions employed by Defendants at their Kentucky restaurants at any time from April 22, 2019 to November 7, 2024;

(the "Rule 23 Kentucky Class");

> All current and former workers in tip credit eligible positions employed by Defendants at their Missouri restaurants at any time from April 29, 2021 to November 7, 2024;

(the "Rule 23 Missouri Class");

> All current and former workers in tip credit eligible positions employed by Defendants at their Illinois restaurant at any time from May 2, 2021 to November 7, 2024;

(the "Rule 23 Illinois Class");

> All current and former workers in tip credit eligible positions

employed by Defendants at their Indiana restaurants at any time from May 10, 2022 to November 7, 2024;

(the "Rule 23 Indiana Class").

<u>Third</u>, Named Plaintiffs respectfully request that this Court appoint, for settlement purposes only: (a) Named Plaintiffs Sabina Anderson, Paul Prestarri, Cole Howard, and Lauren Boyer as a Class Representatives of the Rule 23 Kentucky Class; (b) Named Plaintiffs Gaubrielle Brown, Isaac Hopkins, and Ashley Lutz as Class Representatives of the Rule 23 Missouri Class; (c) Named Plaintiff Sharnese Willis as Class Representative of the Rule 23 Illinois Class; and (d) Named Plaintiff Bethany Baumann as Class Representative of the Rule 23 Indiana Class.

<u>Fourth</u>, Named Plaintiffs respectfully request that the Court appoint, for settlement purposes only, the Plaintiffs' attorneys, David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, PLLC; C. Ryan Morgan of Morgan & Morgan, P.A.; and Jordan Richards of USA Employment Lawyers – Jordan Richards PLLC as Class Counsel for the Rule 23 Classes.

<u>Fifth</u>, Named Plaintiffs move this Court for preliminary approval of the parties' Settlement of the Rule 23 Classes' claims, including approval of all aspects of the form and procedure for class notice and claims set forth therein.

<u>Sixth</u>, Named Plaintiffs respectfully request that this Court set a Fairness Hearing for final approval of the Settlement, consistent with the timeframe set forth in the Proposed Order. Plaintiffs also request that this Court set a deadline for the filing of a motion for final approval and a motion for an award of attorneys' fees, costs, and expenses to Class Counsel.

Defendants do not oppose this requested relief and therefore do not oppose this Motion. A Memorandum in Support of this Motion is filed simultaneously herewith.

A proposed Order granting this requested relief has been submitted as Exhibit 3 to the settlement agreement.

Date: January 31, 2025

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON, (TN Bar No. 24968)**
**JOSHUA A. FRANK, (TN Bar No. 33294)**
**NICOLE A. CHANIN, (TN Bar No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**C. RYAN MORGAN, (FL Bar No. 0015527) \***
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
Telephone: (407) 420-1414
rmorgan@forthepeople.com

**JORDAN RICHARDS (FL Bar No. 108372) \***
USA EMPLOYMENT LAWYERS –
JORDAN RICHARDS PLLC
1800 SE 10th Ave., Suite 205
Fort Lauderdale, FL 33316
jordan@jordanrichardspllc.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Rule 23 Class Certification for Settlement Purposes, for Preliminary Approval of Rule 23 Class Action Settlement, and for Approval of FLSA Collective Action Settlement* was filed electronically with the Clerk's office by using the CM/ECF system on January 31, 2025 and will be served upon the Defendants via the CM/ECF filing system as indicated below:

**J. Christopher Anderson**
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
chrisanderson@littler.com

**David B. Jordan**
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010.3031
Telephone: 713.951.9400
Facsimile: 713.951.9212
djordan@littler.com

**Pierre-Joseph Noebes**
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361
pnoebes@littler.com

**Sarah Doty**
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
sdoty@littler.com

*Attorneys for Defendants*

                                                /s/ David W. Garrison
                                                **DAVID W. GARRISON**
                                                BARRETT JOHNSTON
                                                   MARTIN & GARRISON, PLLC