IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABBEY PEACH, LAUREN BOYER, SABINA ANDERSON, PAUL PRESTARRI, COLE HOWARD, GAUBRIELLE BROWN, ISAAC HOPKINS, ASHLEY LUTZ, SHARNESE WILLIS, BETHANY BAUMANN, and HALEY DEAN, On Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC, <br><br> *Defendants*. | CLASS AND COLLECTIVE ACTION <br><br> CASE NO. 3:24-CV-00792 <br><br> JUDGE TRAUGER <br><br> JURY DEMAND |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, FOR PAYMENT OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND FOR ENTRY OF JUDGMENT

On February 6, 2025, this Court granted Plaintiff's Unopposed Motion for Rule 23 Class Certification for Settlement Purposes, for Preliminary Approval of Rule 23 Class Action Settlement, and for Approval of FLSA Collective Action Settlement (Doc. No. 44), ordering that, *inter alia*:

- The Parties' resolution of the FLSA claims set forth in the Joint Stipulation of Class and Collective Action Settlement and Release (Doc. No 35-1) (the "Settlement") represents a fair and reasonable resolution of *bona fide* disputes regarding the FLSA claims asserted, and all forms and procedures for notice of the FLSA settlement set forth in the Settlement, and, therefore, the FLSA Settlement is approved.

- The following proposed Rule 23 Classes are preliminarily certified for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), consisting of:

- o All current and former workers in tip credit eligible positions employed by Defendants at their Kentucky restaurants at any time from April 22, 2019 to November 7, 2024 (the "Rule 23 Kentucky Class");

- o All current and former workers in tip credit eligible positions employed by Defendants at their Missouri restaurants at any time from April 29, 2021 to November 7, 2024 (the "Rule 23 Missouri Class");

- o All current and former workers in tip credit eligible positions employed by Defendants at their Illinois restaurant at any time from May 2, 2021 to November 7, 2024 (the "Rule 23 Illinois Class"); and

- o All current and former workers in tip credit eligible positions employed by Defendants at their Indiana restaurants at any time from May 10, 2022 to November 7, 2024 (the "Rule 23 Indiana Class").

- For settlement purposes only, Named Plaintiffs Sabina Anderson, Paul Prestarri, Cole Howard, and Lauren Boyer, as named in the Settlement Agreement between the Parties (Doc No. 35-1), are appointed as the Class Representatives for the Rule 23 Kentucky Class.

- For settlement purposes only, Named Plaintiffs Gaubrielle Brown, Isaac Hopkins, and Ashley Lutz, as named in the Settlement Agreement between the Parties (Doc No. 35-1), are appointed as the Class Representatives for the Rule 23 Missouri Class.

- For settlement purposes only, Named Plaintiff Sharnese Willis, as named in the Settlement Agreement between the Parties (Doc No. 35-1), is appointed as the Class Representative for the Rule 23 Illinois Class.

- For settlement purposes only, Named Plaintiff Bethany Baumann, as named in the Settlement Agreement between the Parties (Doc No. 35-1), is appointed as the Class Representative for the Rule 23 Indiana Class.

- David W. Garrison, Joshua A. Frank, and Nicole A. Chanin of Barrett Johnston Martin & Garrison, PLLC; C. Ryan Morgan of Morgan & Morgan, P.A.; and Jordan Richards of USA Employment Lawyers – Jordan Richards PLLC are appointed as Class Counsel.

- The settlement of the Rule 23 Class claims set forth in the Settlement Agreement between the Parties (Doc. No 35-1) and the settlement reflected in that agreement are preliminarily approved.

- This matter is set for a Fairness Hearing on July 21, 2025, at 11:00 a.m., at which the Court will consider final approval of the Settlement. (Doc. No. 37).

- The issuance of a Notice of Settlement of Class Action Lawsuit to the Rule 23 Classes (Doc. 35-1 at 71-77) and Claim Form (Doc. 35-1 at 78-79) (collectively "Notice Materials") were approved in substance. (Doc. No. 37).

Plaintiffs now request that the Court issue an Order finally certifying the requested Rule 23 Classes and approving the Settlement. Additionally, Plaintiffs request that this Court approve attorneys' fees, costs, and expenses.

As explained in the Memorandum in Support of this Motion, during the Rule 23 Class notice period there were no objections or exclusion requests by members of the Rule 23 Classes. There was also excellent Rule 23 Class member participation, claiming nearly 70% of the settlement funds. Taking into account payment of Class Counsel's fee and reimbursement of expenses, as a result of the Court-approved notice process, if this Motion is granted Defendants will pay over 80% of the potential maximum payout under this settlement.

Defendants do not oppose this Motion. A supporting Memorandum has been submitted herewith.

Date: July 7, 2025

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON, (TN Bar No. 24968)**
**JOSHUA A. FRANK, (TN Bar No. 33294)**
**NICOLE A. CHANIN, (TN Bar No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**C. RYAN MORGAN, (FL Bar No. 0015527) \***
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979

Telephone: (407) 420-1414
rmorgan@forthepeople.com

**JORDAN RICHARDS (FL Bar No. 108372) \***
USA Employment Lawyers –
Jordan Richards PLLC
1800 SE 10th Ave., Suite 205
Fort Lauderdale, FL 33316
jordan@jordanrichardspllc.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Final Approval of Rule 23 Class Action Settlement, for Payment of Attorneys' Fees, Costs, and Expenses, and for Entry of Judgment* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below on July 7, 2025.

**J. Christopher Anderson**
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
chrisanderson@littler.com

**David B. Jordan**
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010.3031
Telephone: 713.951.9400
djordan@littler.com

**Pierre-Joseph Noebes**
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
pnoebes@littler.com

**Sarah Doty**
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
sdoty@littler.com

*Attorneys for Defendants*

                                            /s/ David W. Garrison
                                            DAVID W. GARRISON